DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LAVON CARTER JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-cr-0168 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| LAVON CARTER JR., | ) | |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for a status hearing on May 5, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 5, 2008, be continued until May 27, 2008. In addition, the parties stipulate that the time period from May 5, 2008, to May 27, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

//////

//////

1

DATED: May 2, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Kyle Reardon<br>KYLE REARDON<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Lavon Carter Jr. |

IT IS SO ORDERED.

DATED: May 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2