IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-168-FCD-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAVON CARTER, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On July 7, 2008, this court issued an order in the above-captioned case granting defendant's request to issue subpoenas under Federal Rules of Criminal Procedure 17(c). One subpoena was issued to the Alameda County Juvenile Justice Center and another to Alameda County Children and Family Services. Both subpoenas requested "certified copies of any and all information pertaining to Frita Tuck a.k.a. Frita Bell, DOB 11/5/1991 and Marguarite Guard DOB 1/27/1967." This court's order specifically provided that the recipient of the attached subpoena comply with the subpoena on or before July 11, 2008.

On July 9, 2008, Gail Wiggins accepted personal service of the Children and Family Services subpoena and order and Catherine Rayo accepted personal service of the Juvenile Justice Center subpoena and order. Neither recipient has complied with the subpoena, filed any motions with this court, or appeared in court as directed by this court's prior order. On July 11, 2008, defendant's counsel, Federal Defender Daniel J. Broderick, informed the court that he spoke with Alameda Deputy County Counsel Calvin James, who indicated his office was the legal representative for the Children and Family Services office, that his office had received a

1

copy of the subpoena and order, but that neither his office nor the person served with the subpoena would be complying with the subpoena or order.

Pursuant to Rule 17(g) of the Federal Rules of Criminal Procedure, a magistrate judge is empowered to hold in contempt any witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge.

IT IS HEREBY ORDERED that the following individuals are to show cause why they should not be held in contempt for failing to comply with this court's above-mentioned subpoenas and orders:

1. Alameda County Deputy County Counsel Calvin James;

2. Catherine Rayo; and

3. Gail Wiggins.

IT IS FURTHER ORDERED that a hearing on this Order to Show Cause is hereby scheduled for 10:00 a.m. on Wednesday, July 16, in the courtroom of Magistrate Judge Edmund F. Brennan, United States District Court for the Eastern District of California, 501 I Street, 8th Floor, Sacramento, CA  95814.  The clerk's office shall serve this order via facsimile on Mr. James at (510) 272-5020 and Ms. Rayo at (510) 618-1168.  The Federal Public Defender shall designate an individual in his office to personally serve this order on Ms. Wiggins today and file proof of service of same.  The above-named individuals shall appear in person at this hearing.

DATED:  July 14, 2008

_____
EDMUND F. BRENNAN
United States Magistrate Judge

2