IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-168-FCD-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AFTER HEARING** |
| | ) | |
| LAVON CARTER, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the court for hearing on July 16, 2008. As the court announced on the record in open court and now reduces to writing, it was ORDERED that:

1. The Order to Show Cause is discharged;

2. Within five (5) business days, the Alameda County Children and Family Services, through its Director, Carol Collins, shall produce the requested records as discussed in open Court to Assistant Federal Defender Lexi Negin, or one of her designated agents. The records are to be certified as true and correct copies of the original records being maintained by the agency. The parties shall propose a protective order for the Court;

3. The Alameda County Juvenile Justice Center shall produce the records discussed in open court to Assistant Federal Defender Lexi Negin, or one of her designated agents as soon as a proposed protective order is signed by the Court; and

4. The Clerk is directed to serve a copy of this order on:

Franklin G. Gumpert
3400 Cottage Way, Suite Q
Sacramento, CA 95825
Attorney for Alameda County Juvenile Justice Center

Calvin C. James
Assistant County Counsel
1221 Oak Street, Suite 450
Oakland, CA 94612
Attorney for Alameda County Children and Family Services

DATED: July 16, 2008

EDMUND F. BRENNAN
United States Magistrate Judge