1  **FRANKLIN G. GUMPERT, #66051**
   **BARKETT & GUMPERT**
2  **Attorneys at Law**
   3400 Cottage Way, Suite Q
3  Sacramento, CA 95825
   Telephone: (916) 481-3683
4  Facsimile: (916) 481-3948

5  Attorneys for Subpoenaed Witness
   SUPERIOR COURT OF CALIFORNIA IN AND
6  FOR THE COUNTY OF ALAMEDA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR-S 08-168 |
| Plaintiff, | STIPULATION TO ENTER INTO PROTECTIVE ORDER |
| vs. | AND PROTECTIVE ORDER |
| LAVON CARTER, JR. | |
| LAVERN VAUGHN, | |
| Defendants | |
| _____/ | |

IT IS HEREBY STIPULATED between counsel LEXI NEGIN for Defendant LAVON CARTER, JR. and MICHAEL L. CHASTAINE for Defendant LAVERN VAUGHN and Franklin G. Gumpert for Subpoenaed Witness SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF ALAMEDA that:

There are in existence confidential records of a sensitive nature involving a minor which are responsive to this Court's July 9, 2008 Order and which are, under state law, subject to non-disclosure absent a Court Order;

The parties hereto recognize that the confidentiality of records, identification of the parties and identification of information about non-parties must be maintained throughout the proceedings in this criminal action;

There is no intent on the part of defense counsel to use any responsive documents provided in response to this Court's July 9, 2008 Order except for the limited purpose of conducting investigation into and defense of this criminal action;

STIPULATION FOR PROTECTIVE ORDER   AND PROTECTIVE ORDER                              1

1     A Protective Order is proper to prohibit disclosure of any information ascertained from the
2 documents provided in response to this Court's July 9, 2008 Order except to the criminal defense attorneys
3 and any one else receiving said documents from said attorneys for the purpose of preparing for the defense
4 of their respective clients in this criminal action;

5     No document provided in response to this Court's July 9, 2008 Order may be copied or in
6 any other way disseminated to any person who is not a party or attorney of record to this criminal proceeding
7 or unless retained by a party or attorney of record for the purpose of preparing for the defense of the case
8 and, where such copies may be provided as allowed herein, a copy of this Protective Order will be provided
9 to anyone receiving copies of these documents for the purpose of preparing for the prosecution or defense
10 of the case.

11     If this criminal action proceeds to a hearing or trial, the magistrate or judge presiding over
12 such hearing or trial will determine the admissibility of any documents provided in response to this Court's
13 July 9, 2008 Order.

14     The documents distributed pursuant to this Court's Order shall be kept in the files of this
15 criminal action only in a secured manner to insure the continued confidentiality of the records.

16     The confidentiality of all records produced in response to this Court's July 9, 2008 Order
17 shall be maintained even after final resolution of this criminal case by verdict, settlement, dismissal, or final
18 appeal.

19 DATED: July 16, 2008    OFFICE OF THE FEDERAL DEFENDER FOR THE EASTERN DISTRICT OF CALIFORNIA
20

21     By:    /s/ *Lexi Negin*
    LEXI NEGIN
22     Attorneys for Defendant
    LAVON CARTER, JR.
23

24 DATED: July 16, 2008    LAW OFFICES OF MICHAEL L. CHASTAINE
25
    By:    /s/ *Lexi Negin for Michael Chastaine*
26     MICHAEL L. CHASTAINE
    Attorneys for Defendant
27     LAVERN VAUGHN
28

STIPULATION FOR PROTECTIVE ORDER   AND PROTECTIVE ORDER    2

| | | | |
|---|---|---|---|
| 1 | DATED: July 16, 2008 | | BARKETT & GUMPERT |
| 2 | | | Attorneys at Law |
| 3 | | By: | */s/ Lexi Negin for Franklin G. Gumpert* |
| 4 | | | FRANKLIN G. GUMPERT # 66051, Attorneys for Subpoenaed Witness |
| 5 | | | SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF ALAMEDA |

**ORDER GRANTING PROTECTIVE ORDER**

The parties having stipulated and GOOD CAUSE appearing therefore based upon the sensitive nature of the documents produced in response to this Court's July 9, 2008, IT IS SO ORDERED.

DATED: 7-21-08

UNITED STATES MAGISTRATE JUDGE