# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## INTEROFFICE MEMORANDUM

**TO:** Michelle Krueger, Courtroom Clerk
of the Honorable Frank C. Damrell, Jr.

**FROM:** Scott Storey
United States Probation Officer

**DATE:** September 4, 2008

**SUBJECT:** Lavon CARTER, JR.: and Lavern VAUGHN
Docket Number: 2:08CR00168
**JUDGMENT AND SENTENCING CONTINUANCE**

**FILED**

SEP - 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

---

The above matter is scheduled for judgment and sentencing on October 6, 2008. Additional time was needed to complete these presentence reports. All parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | October 14, 2008 @ 10 a.m.; |
| Motion for Correction of the presentence report shall be filed with the Court and served to the probation officer and opposing counsel no later than: | October 7, 2008; |
| The presentence report shall be filed with the Court and disclosed to counsel no later than: | September 30, 2008; |
| Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: | September 23, 2008; |
| The proposed presentence report was disclosed to counsel no later than: | September 9, 2008. |

Reviewed by: _____
**KAREN A. MEUSLING**
Supervising United States Probation Officer

cc: Kenneth J. Melikian, Assistant United States Attorney
Alexandra P. Negin, Assistant Federal Defender
Michael Chastaine, Defense Counsel